KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7210
   Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06 0003 JSW |
| Plaintiff, | [~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM JANUARY 26, 2006 TO FEBRUARY 16, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| JULIAN SALINAS-MONROY, | |
| Defendant. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the initial appearance before the district court currently set for January 26, 2006, and resetting the initial appearance date to February 16, 2006 at 2:30P.M. before the Honorable Jeffrey S. White, and documenting the defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from January 11, 2006 to February 16, 2006. The parties agree, and the Court finds and holds, as follows:

    1. The defendant agrees to an exclusion of time under the Speedy Trial Act. Because defense counsel is unavailable to appear before the District Court on January 26, 2006, and will continue to be unavailable until February 16, 2006, failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel.

    2. Given these circumstances, the Court finds, and the parties agree with the consent of

the defendant, that the ends of justice served by excluding the period from January 11, 2006 to February 16, 2006 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court vacates the initial appearance currently scheduled for January 26, 2006, and instead orders the parties to appear for an initial appearance on February 16, 2006 at 2:30P.M.. The Court further orders that the period from January 11, 2006 to February 16, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: January 18, 2006       /s/
ERIC SAFIRE, ESQ.
Attorney for Defendant

DATED: January 18, 2006       /s/
ROBERT DAVID REES
Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 19, 2006       /s/ Jeffrey S. White
HON. JEFFREY S. WHITE
United States District Judge