KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06 0003 JSW |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME BETWEEN FEBRUARY 16, 2006 AND MARCH 9, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| JULIAN SALINAS-MONROY, | |
| Defendant. | |

    The parties appeared before the Court on February 16, 2006. The Court enters this order scheduling a motions hearing on April 20, 2006 at 2:30P.M., and documenting an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b) from February 16, 2006 to March 9, 2006, the anticipated filing date of the defendant's motion to suppress. The Court finds and holds, as follows:

    1. Defendant agrees that, due to the need to prepare motions in this matter, a speedy trial exclusion is appropriate to provide effective preparation of counsel.

    2. Given these circumstances, the Court finds, with the consent of the defendant, that the ends of justice served by excluding the period from February 16, 2006 to March 9, 2006, the anticipated filing date of those motions, outweigh the best interest of the public and the defendant

in a speedy trial. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court orders that the period from February 16, 2006 to March 9, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED:

DATED: April 20, 2006                 /s/
                                           ERIC SAFIRE, ESQ.
                                           Attorney for Defendant

DATED: April 20, 2006                 /s/
                                           ROBERT DAVID REES
                                           Assistant United States Attorney

    IT IS SO ORDERED.

DATED: April 20, 2006                 /s/ Jeffrey S. White
                                           HON. JEFFREY S. WHITE
                                           United States District Judge