IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 06-00003-1 JSW |
| v. | |
| JULIAN SALINAS-MONROY, | **ORDER MODIFYING PRETRIAL FILING DEADLINE** |
|     Defendant. | |

    Due to the Court's schedule, the Court HEREBY ORDERS that all pretrial filings in this matter shall be due on June 5, 2006. The Court shall not entertain any requests to modify this deadline.

    **IT IS SO ORDERED.**

Dated: April 25, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE