ERIC M. SAFIRE
Law Offices of Eric M. Safire
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 292-1940

Attorney for Defendant
JULIAN SALINAS-MONROY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 06 0003 JSW |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TO PRODUCE EVIDENCE FOR TESTING BY DEFENSE EXPERT |
| v. | ) | |
| JULIAN SALINAS-MONROY, | ) | |
| Defendant. | ) | |

UPON THE STIPULATION for an order which requires the Government to produce the following exhibits, to-wit:

| EXHIBIT NUMBER | DEA LABORATORY NUMBER |
|---|---|
| DEA Exhibit # 1 | 7129172 |
| DEA Exhibit # 2 | 7129173 |
| DEA Exhibit # 3 | 7129174 |
| DEA Exhibit # 4 | 7129175 |

as reported in two DEA FORM-7 forms, entitled REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED, having the Case File No. R3-05-0060, and both dated 8-2-05, for qualitative analysis and identification of the controlled substances contained therein and listed as Exhibits 1 through 4, inclusive, by a defense expert,

AND UPON THIS COURT'S CONSIDERATION of the stipulation filed,

1

1  IT IS HEREBY ORDERED and DECREED in accordance with Fed. R. Crim. P. 16(a)(1)(E), that the United States shall allow the defense to independently inspect and analyze a representative sample from each of the above-listed drug exhibits; and

IT IS FURTHER ORDERED that a Drug Enforcement Administration ("DEA") Special Agent or Task Force Officer shall deliver the drug exhibits identified above to Dr. John Treuting of the Forensic Toxicology Associates laboratory, DEA License No. RF 0301553, located at 9348 DeSoto Ave., Chatsworth, California, 91331.  The DEA Western Laboratory, San Francisco, shall arrange the delivery of said representative samples on or before May 18, 2006 to the DEA Special Agent or Task Force Officer for delivery forthwith to Dr. John Treuting, of Forensic Toxicology Associates; and

IT IS FURTHER ORDERED, that upon delivery of the exhibits identified above to the defense expert, that a DEA Special Agent or Task Force Officer shall be present when the defense expert inspects, weighs, and removes a representative sample of the exhibits identified above for analysis.  The representative sample shall be in the amount of 500 mg or not more than one-half ( ½ ) the current reserve weight, if less than 1 gram presently remains as the reserve weight, from each of the above-described exhibits.  The weight of each representative sample taken shall be documented and signed by the defense expert and provided to the DEA Special Agent or Task Force Officer in attendance.  Upon the completion of the sample removal and weighing, the defense expert shall, forthwith, return the remaining above-listed exhibits to the DEA Agent and Task Force Officer in attendance; and

IT IS FURTHER ORDERED, that the defense expert shall conduct the qualitative analyses and identification ordered herein, and shall provide the Government with an *Unsworn Declaration Under Penalty of Perjury*, under 28 U.S.C. § 1746, executed by the individual who conducted the analyses, or the head of the facility where the analyses occurred, which stated the quantity of each exhibit consumed during testing, and either the weight of each exhibit returned to the Government, or a statement that all sample was consumed during testing; and

IT IS FURTHER ORDERED that all remaining material of the samples, after testing, is to be returned by Dr. John Treuting to the DEA Western Laboratory via registered U.S. mail,

return receipt requested, or approved commercial carrier, within five (5) business days after the completion of analyses; and

    IT IS FURTHER ORDERED, in accordance with Fed. R. Crim. P. 16(b)(1)(B), that the defendant shall provide the Government with a copy of the results or report of the physical examinations and scientific tests or experiments which resulted from the analyses conducted under this Order; and

    IT IS FURTHER ORDERED, that Dr John Treuting is to safeguard the representative samples received, preserving the chain of custody in a manner to faithfully protect the integrity of each exhibit received.

    SO ORDERED this __16th__ day of __May__ 2006.

_____
HON. JEFFREY S. WHITE
U. S. DISTRICT COURT JUDGE

APPROVED AS TO FORM:

_____/s_____
Eric Safire, Attorney for Defendant


_____/s_____
Robert David Rees, Assistant U.S. Attorney

3