ERIC M. SAFIRE  (Cal. State Bar 98706)
LAW OFFICE OF ERIC M. SAFIRE
2431 FILLMORE STREET
SAN FRANCISCO, CA.  94115
(415) 292-1940

Attorney for Defendant
JULIAN SALINAS-MONROY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>JULIAN SALINAS-MONROY<br><br>  Defendant. | Case No: CR 06 0003 JSW<br><br>[~~Proposed~~]<br>**ORDER SHORTENING TIME FOR FILING, SERVICE AND HEARING OF MOTION TO WITHDRAW AS COUNSEL**.<br><br>Date: June 1, 2006<br>Time: 2:30 p.m.<br>Courtroom 2 |

**ORDER SHORTENING TIME FOR FILING, SERVICE AND HEARING**

**OF MOTION TO WITHDRAW AS COUNSEL**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant Julian Salinas-Monroy, through his present counsel of record Eric Safire, may file and serve a Motion to Withdraw as Counsel of Record on May 30, 2006, and that the hearing on the Motion will proceed on June 1, 2006, at 2:30 p.m ~~or as soon thereafter as the matter may be heard~~.

The motion to withdraw is deemed filed.  The Government may set forth its position on the motion at the hearing, or may file written response by no later than 4:00 p.m. on May 31, 2006.

**So Ordered.**

May 31, 2006

_____
Honorable Jeffrey S. White,
United States District Court Judge