UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>  v.<br><br>JULIAN SALINAS-MONROY,<br><br>    Defendants.<br>_____/ | No. CR 06-0003 JSW   (JL)<br><br>NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this case has been referred for a Settlement Conference before Magistrate Judge James Larson.  The Settlement Conference shall take place on **Tuesday, June 13, 2006 at 10:00 a.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  **If the court-ordered date presents problems for parties or counsel, counsel is to contact Judge Larson's chambers directly at (415) 522-2112.**

Counsel who will try the case or other counsel responsible for the litigation shall appear at the Settlement Conference with the parties if possible.  Any party who is not a natural person shall be represented by an individual not directly involved in the events which give rise to the litigation but with full authority to negotiate a settlement.

SETTLEMENT CONFERENCE NOTICE                1

**At least seven (7) calendar days before the Settlement conference the parties shall deliver directly to the magistrate judge** *two copies* **of a Confidential Settlement Conference Statement which should be lodged with chambers and should not be filed with the Clerk of the Court or served upon other parties.**

The Confidential Settlement Conference Statement shall be as brief as possible and should rarely exceed 10 pages.  It shall include the following:

1. A statement of the facts of the case.
2. A statement of the charges and defenses including.
3. A summary of the proceedings to date.
4. The party's position on settlement, including a history of past settlement discussions as well as present demands and offers.

**Any request to continue the settlement conference shall be submitted in writing after consultation with the opposing party.  Submission by facsimile is acceptable at facsimile number (415) 522-2140.**

The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

DATED: June 2, 2006

_____
JAMES LARSON
United States Magistrate Judge

SETTLEMENT CONFERENCE NOTICE             2