KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7210
  Fax: (415) 436-7234
  Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JULIAN SALINAS-MONROY,<br><br>  Defendant. | No. CR 06 0003 JSW<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME BETWEEN AUGUST 3, 2006 AND AUGUST 24, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

The parties appeared before the Court on August 3, 2006. The Court enters this order documenting an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b) from August 3, 2006 to August 23, 2006, the date of the next hearing. The Court finds and holds, as follows:

1. The defendant agrees that, due to the relatively recent appointment of his new defense counsel, a speedy trial exclusion is appropriate to provide effective preparation of counsel to review discovery and otherwise prepare for this matter.

2. Given these circumstances, the Court finds, with the consent of the defendant, that the ends of justice served by excluding the period from August 3, 2006 to August 23, 2006 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court orders that the period

from August 3, 2006 to August 23, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:  August 24, 2006  _____/s_____
MARC ZILVERSMIT, ESQ.
Attorney for Defendant

DATED:  August 24, 2006  _____/s_____
ROBERT DAVID REES
Assistant United States Attorney

IT IS SO ORDERED.

DATED: August 29, 2006  _____
HON. JEFFREY S. WHITE
United States District Judge