KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7210
    Fax:  (415) 436-7234
    Email:  robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>JULIAN SALINAS-MONROY,<br><br>    Defendant. | No. CR 06 0003 JSW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME BETWEEN AUGUST 24, 2006 AND SEPTEMBER 14, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties appeared before the Court on August 24, 2006.  The Court enters this order documenting an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b) from August 24, 2006 to September 14, 2006, the date of the next hearing.  The Court finds and holds, as follows:

    1.  The defendant agrees that, due to the relatively recent appointment of his new defense counsel, a speedy trial exclusion is appropriate to provide effective preparation of counsel to review discovery and otherwise prepare for this matter.

    2.  Given these circumstances, the Court finds, with the consent of the defendant, that the ends of justice served by excluding the period from August 24, 2006 to September 14, 2006 outweigh the best interest of the public and the defendant in a speedy trial.  § 3161(h)(8)(A).

1  3. Accordingly, and with the consent of the defendant, the Court orders that the period
2  from August 24, 2006 to September 14, 2006 be excluded from Speedy Trial Act calculations
3  under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4

5  IT IS SO STIPULATED:

6

7  DATED:  September 14, 2006          /s/
                                       MARC ZILVERSMIT, ESQ.
8                                      Attorney for Defendant

9

10 DATED:  September 14, 2006          /s/
                                       ROBERT DAVID REES
11                                     Assistant United States Attorney

12

13 IT IS SO ORDERED.

14

15 DATED: September 15, 2006           _____
                                       HON. JEFFREY S. WHITE
16                                     United States District Judge